BULLION MIN. CO. (FOUR HUNDRED AND TWENTY MIN. CO. v.). See Case No. 4,989.

## Case No. 2,128.

BULLITT et al. v. UNITED STATES.

[Hempst. 333.][1]

District Court, D. Arkansas. Sept. 8, 1846.

DISTRICT COURT—JURISDICTION—DIVISION OF SPANISH CLAIM.

Division of Spanish claim not allowed in the district court.

Petition to confirm and divide a Spanish claim, under the act of 26th May, 1824 (4 Stat. 52).

L. Janin, S. L. Johnson, and A. Fowler, for petitioners.

S. H. Hempstead, Dist. Atty., for the United States.

JOHNSON, District Judge, said, this case was like the one of A. Waldo Putnam [Case No. 11,484], just decided, except that the grant asked to be divided was made to William Winter, whose heirs are seeking a confirmation thereof in this court; and that the same principles applying, the petition in this case should be dismissed. Petition dismissed.

On the 31st October, 1846, a motion was made for reconsideration, but was denied.